UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

Case No. SACV 16-1203-AG(KESx)     Date August 15, 2016

Title MARTHA WALTERS v US BANK, NA, ET AL

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Patton | Jonathan Fetterly |

**Proceedings:** 1. MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) [DKTS 6, 14]
2. PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT [DKT 17]

Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

                                                                                      : 15

Initials of Preparer    lmb