# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-1203 AG (KESx) | Date | August 24, 2016 |
|---|---|---|---|
| Title | MARTHA WALTERS v. U.S. BANK, N.A. ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **[IN CHAMBERS] ORDER REGARDING MOTION TO REMAND, MOTION TO DIMSISS, AND SCHEDULING CONFERENCE (DKT. NOS. 14, 16, 17, 18)**

Plaintiff Martha Walters, as trustee of The Walters Family Trust dated February 20, 2004, sued Defendants U.S. Bank, N.A. ("U.S. Bank:"), and Douglas Walters. Martha Walters asserts nine claims under state law stemming from a family feud over trust assets. The case started off in Orange County Superior Court, was removed to the Southern District of California, and then was transferred to the Central District of California's Southern Division. There are two pending motions: a motion to dismiss ("Motion to Dismiss") filed by U.S. Bank and a motion to remand ("Motion to Remand") filed by Martha Walters.

The Court issued a tentative order granting the Motion to Remand and vacating the Motion to Dismiss. The result of the tentative remains unchanged, and a final order will issue shortly. Thus, the scheduling conference set for August 29, 2016, is VACATED.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |